UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAMAR BROWN, | Case No. 2:22-cv-00564-RFB-BNW |
| Petitioner, | **ORDER** |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents. | |

This habeas matter is before the Court on Petitioner Lamar Brown's update. (ECF No. 4.) On April 8, 2022, this Court denied Brown's incomplete application to proceed in forma pauperis and ordered Brown to file another application for leave to proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his inmate account. (ECF No. 3.) Alternatively, the Court ordered Brown to make the necessary arrangements to pay the filing fee of $5.00. (Id.) The Court gave Brown 45 days to comply. (Id.) That 45-day deadline expired on May 23, 2022.

Brown's brother called the clerk's office on May 24, 2022, indicating that he would "be in the office before [close of business] today to pay the $5 filing fee." This does appear to have occurred. And in his update, Brown submitted another incomplete application to proceed in forma pauperis. (ECF No. 4.) Brown's financial certificate has not been signed by an authorized officer, and he has not submitted a statement of his inmate account. (See id. at 11.) Good cause appearing, this Court will give Brown one more chance to comply.

**IT IS THEREFORE ORDERED** that petitioner must file another application for leave to proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his inmate account. The clerk of the court is directed to send petitioner another blank application form for incarcerated litigants. In the alternative, petitioner must make the necessary arrangements to

pay the filing fee of $5.00, accompanied by a copy of this order. Petitioner will have 30 days from the date that this order is entered to comply. Failure to comply will result in the dismissal of this action.

Dated: May 27, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT