# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAMAR BROWN, | Case No. 2:22-cv-00564-RFB-BNW |
| Petitioner, | **ORDER** |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents. | |

Respondents having filed a motion for extension of time (first request) (ECF No. 13), and good cause appearing;

**IT IS THEREFORE ORDERED** that Respondents' motion for extension of time (first request) (ECF No. 13) is GRANTED. Respondents will have up to and including January 12, 2023, to answer Petitioner's habeas petition.

Dated: December 12, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT