# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LAMAR BROWN,

Petitioner,

v.

STATE OF NEVADA, *et al.,*

Respondents.

Case No. 2:22-cv-00564-RFB-BNW

**ORDER**

Counseled Petitioner Lamar Brown having filed an unopposed motion for extension of time (second request) (ECF No. 23), and good cause appearing;

**IT IS THEREFORE ORDERED** that Petitioner's unopposed motion for extension of time (second request) (ECF No. 23) is **GRANTED**. Petitioner will have up to and including August 21, 2023, to file his amended petition.

Dated: August 8, 2023

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT