**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAMAR BROWN, | Case No. 2:22-cv-00564-RFB-BNW |
| Petitioner, | **ORDER** |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents. | |

Counseled Petitioner Lamar Brown having filed an unopposed motion for extension of time (first request) (ECF No. 32), and good cause appearing;

**IT IS THEREFORE ORDERED** that Petitioner's unopposed motion for extension of time (first request) (ECF No. 32) is **GRANTED**. Petitioner will have up to and including **January 15, 2024**, to file his reply to the Respondents' answer.

**DATED** this 12th day of December 2023.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT COURT**