**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAMAR BROWN, | Case No. 2:22-cv-00564-RFB-BNW |
| Petitioner, | **ORDER** |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents. | |

Counseled Petitioner Lamar Brown having filed an unopposed motion for extension of time (second request) (ECF No. 35), and good cause appearing;

**IT IS THEREFORE ORDERED** that Petitioner's unopposed motion for extension of time (second request) (ECF No. 35) is GRANTED. Petitioner will have up to and including January 19, 2024, to file his reply to the Respondents' answer.

**Dated:** January 17, 2024.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT